# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 20, 2007

Before

**Hon.** FRANK H. EASTERBROOK, Chief Judge

**Hon.** RICHARD A. POSNER, Circuit Judge

**Hon.** MICHAEL S. KANNE, Circuit Judge

**No.** 06-2842

ROBERT PHASON, *et al.*,
    *Plantiffs-Appellants*,

       **v.**

MERIDIAN RAIL CORP.,
    *Defendant-Appellee*.

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.

No. 04 C 5845
James F. Holderman, *Chief Judge*.

**Order**

The slip opinion of this court issued on March 15, 2007, is amended as follows:

Page 2, line 2, delete "at one location";

Page 5, lines 3 and 4, delete "at a given facility".